IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )
     v.                              )   No.  12 C 9268
                                     )        06 CR 896
JOSE GAYA #19152-424,                )
                                     )
            Defendant.               )

MEMORANDUM ORDER

As directed by this Court's brief November 27, 2012 memorandum order, the government has filed its Response to the self-prepared 28 U.S.C. §2255 motion by Jose Gaya ("Gaya"), seeking to vacate his conviction and the lengthy sentence he is now serving based on his December 9, 2009 conviction in a trial before this Court's former colleague Honorable Wayne Andersen. Although it is an understatement to say that the government has mustered powerful arguments to defeat Gaya's motion, Rule 5(d) of the Rules Governing Section 2255 Proceedings for the United States District Courts gives Gaya the opportunity to submit a reply. Accordingly Gaya is ordered to file such a reply to the government's Response on or before February 26, 2013, failing which this Court will rule on the motion based on Gaya's original filing and the government's Response.

_____
Milton I. Shadur
Senior United States District Judge

Date:  January 23, 2013