IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 12 C 9268
06 CR 896 |
| JOSE GAYA #19152-424, | ) ) | USCA No. 13-1830 |
| Defendant. | ) | |

MEMORANDUM ORDER

On April 30 our Court of Appeals caused petitioner Jose Gaya's Motion To Proceed on Appeal In Forma Pauperis to be transferred to this District Court for ruling.  But what has been delivered to this Court's chambers is only Gaya's affidavit with detailed information about his lack of wherewithal to pay the $455 in appellate filing and docketing fees up front.  What is totally missing from Gaya's submission is the essential information specified in 28 U.S.C. §1915[1]--the certified copy of Gaya's trust fund account statement for the six-month period immediately preceding the filing of the notice of appeal, to be obtained by Gaya from the appropriate official at Memphis FCI, where Gaya is and has been confined during that time period (see Section 1915(a)(2)).  In this instance that six-month period began on October 13, 2012 and ended on April 12, 2013.

Accordingly Gaya is ordered to obtain and to transmit to

---

[1] All further references to Title 28's provisions will simply take the form "Section--."

this Court forthwith that essential information, so that this Court can make the determination called for by Section 1915(b). At that time this Court also anticipates considering and acting on the issue addressed by Section 1915(a)(3).

                                                  _____
                                                  Milton I. Shadur
                                                  Senior United States District Judge

Date:  May 2, 2013